United States District Court
Southern District of Texas
**ENTERED**
February 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 5:20-CV-175 |
| | § | |
| POPULOUS FINANCIAL GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR CLOSING DOCUMENTS

In light of the notification the parties have settled this case (Dkt. No. 12), the Court **TERMINATES** all active deadlines. The Court **ORDERS** the parties to file a formal stipulation of dismissal or an advisory explaining any reason for further delay by March 19, 2021. The Court appreciates the prompt notification of settlement.

IT IS SO ORDERED.

Signed on February 19, 2021, at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE