UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS § | |
| § | CIVIL ACTION NO. 5:20-cv-00175 |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| POPULOUS FINANCIAL GROUP, INC. § | |
| § | |
| **Defendant** § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, PLAINTIFF JOSH LIMAS ("Plaintiff") and DEFENDANT POPULOUS FINANCIAL GROUP, INC. ("Defendant"), have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

The parties, having announced to the Court that the matters in controversy have been settled and consideration for such settlement has been received, hereby STIPULATE to the dismissal of all claims, demands, and causes of action asserted or assertable herein by Plaintiff against Defendant, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

DATED:       March 1, 2021     FOR JOSH LIMAS, Plaintiff

>    BY:      */S/   R. Bruce Tharpe*
>    R. Bruce Tharpe
>    PO Box 101
>    Olmito, Texas 78575
>    (956) 255-5111 - Office
>    (956) 599-2596 - Fax
>    Texas State Bar ID No. 19823800
>    Federal Bar ID 13098

DATED:       March 1, 2021             FOR POPULOUS FINANCIAL GROUP, INC.

>    Defendant

>    BY:   */S/   Ryan K. McComber*
>    Ryan K. McComber
>    FIGARI & DAVENPORT, LLP
>    901 Main Street, Suite 3400
>    Dallas, Texas 75202
>    (214) 939-2000– Office
>    (214) 939-2090 - Fax