Case 5:20-cv-00175   Document 15   Filed on 03/03/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § § § **Plaintiff,** § VS. § POPULOUS FINANCIAL GROUP, INC., § § § **Defendant.** § | **CIVIL ACTION NO. 5:20-CV-175** |

## ORDER

On March 2, 2021, Plaintiff Josh Limas and Defendant Populous Financial Group, Inc. filed a "Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 14). The stipulation (Dkt. 14), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 3rd day of March, 2021.

_____
Diana Saldaña
United States District Judge